# United States District Court

-------------------------- DISTRICT OF KANSAS--------------------------

**AKOSUA AAEBO-AKHAN,**

        **Plaintiff,**

**v.**                                   **Case No: 25-cv-2544-JWB**

**KANSAS VITAL STATISTICS,**
**JANAI REED,**
**MARC L. RESNICK,**
**KIMBERLY CLARK,**

        **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Memorandum and Order filed July 22, 2026, the court ADOPTS the R&R (Doc. 29), OVERRULES Plaintiff's objection (Doc. 31), and DISMISSES the complaint without prejudice.

_July 22, 2026_____                SKYLER B. O'HARA
      Date                                 CLERK OF THE DISTRICT COURT

                                         by:  _s/ Joyce Roach_____
                                              Deputy Clerk